UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANA J. BELLOW,<br><br>Plaintiff,<br><br>v.<br><br>HENDERSON POLICE DEPARTMENT,<br><br>Defendant. | Case No. 2:22-cv-01144-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Stay Discovery (ECF No. 14).  Although Plaintiff has written the Court a letter and on one occasion visited chambers, he has not opposed the Motion to Stay.

Under Local Rule 7-2(d) a court may treat the failure of the non-moving party to file an opposition to a motion as that party's consent to granting the motion.  The Court construes Plaintiff's failure to oppose Defendant's Motion as such consent.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Stay Discovery (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that all discovery is stayed until such time as the Court issues its decision on the pending Motion to Dismiss.

IT IS FURTHER ORDERED that if Defendant's Motion is not granted in its entirety or if leave to amend is granted to Plaintiff, the parties must submit a discovery plan and scheduling order no later than ten (10) days after the decision on the Motion to Dismiss is issued.

Dated this 9th day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE