UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Armanna J. Bellow,<br><br>    Plaintiff<br><br>v.<br><br>Henderson Police Department,<br><br>    Defendant | Case No.: 2:22-cv-01144-JAD-EJY<br><br>**Order Adopting Report and Recommendation to Dismiss Action with Prejudice**<br><br>[ECF Nos. 25, 26] |

    Pro se plaintiff Armanna J. Bellow filed this action against the Henderson Police Department (HPD) in state court, alleging that he was the victim of a "false arrest" and excessive force.[1] Because the nature of Bellow's allegations is federal, the HPD removed this suit to the federal court and ultimately moved to dismiss it for failure to state a claim.[2] I granted the motion and gave Bellow leave to amend his complaint so that he may have one more chance to attempt to state a plausible claim for relief.[3] Bellow filed an amended complaint, styled as a motion,[4] and the magistrate judge has screened it, determined that Bellow still has not stated a plausible claim for relief, and recommends that I now dismiss this case with prejudice because Bellow cannot establish a viable cause of action on these facts.[5]

    The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report

---

[1] ECF No. 1.
[2] ECF No. 9.
[3] ECF No. 24.
[4] ECF No. 25
[5] ECF No. 26.

and recommendation unless objections are filed."[6]  Having reviewed the report and recommendation de novo, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 26] is ADOPTED** in full and the motion to amend **[ECF No. 25] is DENIED**;

IT IS FURTHER ORDERED THAT **this case is dismissed** with prejudice for the reasons stated in the report and recommendation.  The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
January 13, 2023

---

[6] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).